B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Michigan

In re: **Hank W Owens, Rose M Coulter-Owens**, Debtor(s)

Case No. _____
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

| | |
|---|---|
| **Creditor's Name:** <br> **Chrysler Financial** | **Describe Property Securing Debt:** <br> **Leased 2008 Jeep Grand Cherokee** <br> **Location: 3640 Diehl Rd, Metamora MI** <br> **Insured by Farm Bureau** <br> **Agent Steve Robak (248) 922-1994** |

Property will be (check one):
 ☐ Surrendered  ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ■ Other. Explain **Debtor will retain collateral and continue to make regular payments.** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt  ■ Not claimed as exempt

---

**Property No. 2**

| | |
|---|---|
| **Creditor's Name:** <br> **Citimortgage** | **Describe Property Securing Debt:** <br> **Home (Sheriff's sale June 18, 2008)** <br> **Location: 3640 Diehl Rd, Metamora MI** <br> **Insured by Farm Bureau** <br> **Agent Steve Robak (248) 922-1994** |

Property will be (check one):
 ■ Surrendered  ☐ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt  ■ Not claimed as exempt

---

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Grant Johnson | **Describe Property Securing Debt:**<br>Timeshare - Hilton Head, N.C.<br>Marriott Vacation Club International; PO Box 8038; Lakeland, FL 33802<br>Marriott's Surfwatch, vacation/timeshare |

Property will be (check one):
 ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ■ Reaffirm the debt
 ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt      ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Lapeer County Credit Union | **Describe Property Securing Debt:**<br>2004 Chevy Express<br>Location: 3640 Diehl Rd, Metamora MI<br>Insured by Farm Bureau<br>Agent Steve Robak (248) 922-1994 |

Property will be (check one):
 ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ■ Reaffirm the debt
 ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ☐ Claimed as Exempt      ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Option One Mortgage Corporation** | **Describe Property Securing Debt:**<br>**Home (Sheriff's sale June 18, 2008)**<br>**Location: 3640 Diehl Rd, Metamora MI**<br>**Insured by Farm Bureau**<br>**Agent Steve Robak (248) 922-1994** |

Property will be (check one):
   ■ Surrendered                        ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                        ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **January 5, 2009**          Signature  **/s/ Hank W Owens**
                                              **Hank W Owens**
                                              Debtor

Date  **January 5, 2009**          Signature  **/s/ Rose M Coulter-Owens**
                                              **Rose M Coulter-Owens**
                                              Joint Debtor

Software Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy